**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1141**

ELLIS HARLEY BARBER,

　　　　　　Plaintiff - Appellant,

　　　v.

CHIEF JUDGE HOWARD COUNTY CIRCUIT COURT; CHIEF JUDGE HOWARD
COUNTY DISTRICT COURT; COMMANDERS AND CHIEFS OF SPECIFIC
JURIS COURT HOUSE ELLICOTT CITY MD,

　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.　J. Frederick Motz, Senior District
Judge. (1:14-cv-01826-JFM)

Submitted:　April 16, 2015　　　　Decided:　April 21, 2015

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ellis Harley Barber, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Harley Barber seeks to appeal the district court's order dismissing his complaint against state court judges as barred by the doctrine of judicial immunity. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 20, 2014. The notice of appeal was filed on January 15, 2015. Because Barber failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2